MRM:AXB
F. #2020R00946

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ NOV - 3 2020 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

MANUEL GEOVANNY
TORRES RIVAS,

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

INDICTMENT

Cr. No. _____ CR 20 494
(T. 18, U.S.C., §§ 2251(a), 2251(e),
2252(a)(4)(B), 2252(b)(2), 2253(a),
2253(b) and 3551 et seq.; T. 21, U.S.C.,
§ 853(p))

BROWN, J.

SHIELDS, M.J.

THE GRAND JURY CHARGES:

<u>COUNTS ONE THROUGH THREE</u>
(Sexual Exploitation of a Child)

1. On or about the dates and times set forth below, within the Eastern District of New York and elsewhere, the defendant MANUEL GEOVANNY TORRES RIVAS did knowingly and intentionally employ, use, persuade, induce, entice and coerce a minor, to wit: Jane Doe, a minor individual whose identity is known to the Grand Jury, to engage in sexually explicit conduct for the purpose of producing one or more visual depictions of such conduct, to wit: the images depicted in the following video files:

| Count | Approximate Date and Time (EST) | Unique Hash Value |
|---|---|---|
| ONE | September 5, 2020 at 6:28 p.m. | 86709771033b7643854036cO0ab7fa99 |
| TWO | September 5, 2020 at 7:14 p.m. | f86b4e0ff0eb346f4cc76c2145516cad |
| THREE | September 17, 2020 at 12:23 p.m. | 37371176323be01693032e1ef3c55648 |

knowing and having reason to know that such visual depictions would be transported and transmitted using one or more means and facilities of interstate and foreign commerce and in and affecting interstate and foreign commerce, which visual depictions were produced and transmitted using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by one or more means, to wit: a smartphone, and such visual depictions were actually transported and transmitted using one or more means and facilities of interstate and foreign commerce and in and affecting interstate and foreign commerce.

(Title 18, United States Code, Sections 2251(a), 2251(e) and 3551 et seq.)

## COUNT FOUR
(Possession of Child Pornography)

2. On or about October 7, 2020, within the Eastern District of New York and elsewhere, the defendant MANUEL GEOVANNY TORRES RIVAS did knowingly and intentionally possess matter containing one or more visual depictions, to wit: images and video files stored in a smartphone, to wit: an Apple iPhone, that had been mailed, and had been shipped and transported using one or more means and facilities of interstate and foreign commerce and in and affecting interstate and foreign commerce, and which were produced using materials which had been mailed and so shipped and transported, by any means, including by computer, the production of such visual depictions having involved the use of one or more minors engaging in sexually explicit conduct, and such visual depictions having been of such conduct.

(Title 18, United States Code, Sections 2252(a)(4)(B), 2252(b)(2) and 3551 et seq.)

## CRIMINAL FORFEITURE ALLEGATION

3. The United States hereby gives notice to the defendant that, upon his conviction of any of the offenses charged herein, the government will seek forfeiture in accordance with Title 18, United States Code, Section 2253(a), which requires the forfeiture of (a) any visual depiction described in Section 2251, 2251A, 2252, 2252A, 2252B or 2260 of Title 18 of the United States Code, or any book, magazine, periodical, film, videotape or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of such sections; (b) any property, real or personal, constituting, or traceable to, gross profits or other proceeds obtained from such offenses; and (c) any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses or any property traceable to such property, including but not limited to: (i) one Apple iPhone 11 with serial number F4HCC71GN72L; (ii) one black Apple iPhone Model A1661; (iii) one pink Apple iPhone Model A1661; (iv) one silver Apple iPhone Model A1524; and (v) one silver and grey Apple iPhone Model A1549, all seized from the defendant's residence located in Hempstead, New York on or about October 7, 2020.

4. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    (a)    cannot be located upon the exercise of due diligence;

    (b)    has been transferred or sold to, or deposited with, a third party;

    (c)    has been placed beyond the jurisdiction of the court;

    (d)    has been substantially diminished in value; or

    (e)  has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described in this forfeiture allegation.

    (Title 18, United States Code, Sections 2253(a) and 2253(b); Title 21, United States Code, Section 853(p))

A TRUE BILL

*Karen Swiecicki*
_____
FOREPERSON

*Seth D. DuCharme*
_____
SETH D. DuCHARME
ACTING UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

F.#: 2020R00946

FORM DBD-34
JUN. 85

No. _____

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

*vs.*

MANUEL GEOVANNY TORRES RIVAS,

Defendant.

# INDICTMENT

(T. 18, U.S.C., §§ 2251(a), 2251(e), 2252(a)(4)(B), 2252(b)(2), 2253(a), 2253(b) and 3551 et seq.; T. 21, U.S.C., § 853(p))

*A true bill.*

_____*Karen Awrecicki*_____
                                                                Foreperson

*Filed in open court this* _____ *day,*

*of* _____ A.D. 20 _____

_____
                                                                        Clerk

Bail, $ _____

_____

*Anthony Bagnuola, Assistant U.S. Attorney (631) 715-7849*