CRIMINAL CAUSE FOR VIDEO CONFERENCE

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 30 2020 ★
LONG ISLAND OFFICE

**BEFORE JUDGE: BROWN, USDJ**           **DATE:** 11/30/2020
**DOCKET No. CR- 20-494**

**DEFENDANT:** MANUEL TORRES RIVAS     **DEF. #**
Present in custody

**DEFENSE COUNSEL:** Gary Schoer
Retained

**A.U.S.A.:** ANTHONY BAGNUOLA
INTERPRETER: [Choose an item.] -- [Choose an item.]
PROBATION OFFICER/PRETRIAL: Choose an item.
COURT REPORTER/FTR LOG: Owen Wicker       **MAGISTRATE DEPUTY:** KM

- ☐ Allocution
- ☒ Arraignment
- ☐ Change of Plea Hearing (~Util-Plea Entered)
- ☐ Revocation of Supervised Release evidentiary
- ☐ Telephone Conference
- ☐ Detention hearing
- ☐ Motion Hearing Non Evidentiary
- ☐ Other Evidentiary Hearing Contested   TYPE OF HEARING_____

- ☐ Revocation of Probation
- ☐ Initial Appearance
- ☐ Revocation of Supervised Release non-evidentiary
- ☐ Bond hearing
- ☐ Plea Agreement Hearing

**Do these minutes contain ruling(s) on motion(s)?**    ☐ YES    ☐ NO

- ☒ Case called.
- ☒ Counsel for all sides present.
- ☒ Defendant is informed of his/her rights.
- ☒ Defendant arraigned.
  - ☒ Pursuant to Federal Rule of Criminal Procedure 5(f), the court confirmed the Government's disclosure obligations under *Brady* v. *Maryland*, 373 U.S. 83 (1963), and its progeny, and summarized the possible consequences of violating those obligations. Written order to be docketed separately.
- ☒ Defendant waives public reading.
- ☒ Defendant enters a plea of not guilty to the **Indictment.**
- ☒ Set status conference for **1/29/2021 at 10:30 a.m. by telephone (888-363-4734 access code 4132441)**
- ☒ Motion to exclude time through 1/29/2021. Motion granted, order entered on the record.
- ☐ Government moves for Choose an item., argument heard.
- ☐ Choose an item.:
  - ☐ Ruling:
    - ☐ Order setting conditions of bond executed.

Page 2 of 2

☐ Detention Order executed.
  ☐ Permanent.
  ☐ Temporary: Hearing set for Click or tap to enter a date.
☐ Defendant Choose an item.
☐ Transcript of these proceedings ordered sealed. The transcript may be provided for use by counsel in this matter only.
☒ OTHER: CARES Act finding placed on the record.
☒ Defendant continued:  ☒ in custody     ☐ on bond