

U.S. Department of Justice

*United States Attorney  
Eastern District of New York*

AXB  
F. #2020R00946

*610 Federal Plaza  
Central Islip, New York 11722*

March 24, 2021

<u>By Email and ECF</u>

Gary Schoer, Esq.  
6800 Jericho Turnpike  
Syosset, NY 11791  
**<u>Email:</u> gschoer@aol.com**

        Re:    <u>United States v. Torres Rivas  
                 Criminal Docket No. 20-494 (GRB)</u>

Dear Mr. Schoer:

      Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby provides records obtained from Snapchat, Inc. pursuant to a search warrant issued on or about January 15, 2021 (the "Warrant Returns"), which are Bates-numbered RIVAS_000066 through RIVAS_000101. The Warrant Returns also included certain images and videos, which have not been produced pursuant to 18 U.S.C. § 3509. You may examine this evidence by calling me to arrange a mutually convenient time.

      This disclosure supplements the government's earlier disclosure dated January 19, 2021. The government renews its request for reciprocal discovery from the defendant.

                              Very truly yours,

                              MARK J. LESKO  
                              Acting United States Attorney

            By:    /s/_____  
                              Anthony Bagnuola  
                              Assistant U.S. Attorney  
                              (631) 715-7849

Enclosures

cc:    Clerk of the Court (GRB) (by ECF) (without enclosures)