MEF:ss
F.#2020R00946

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -                                                    20-CR-494 (GRB)

MANUEL GEOVANNY
TORRES RIVAS,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF APPEARANCE

        PLEASE TAKE NOTICE that Assistant United States Attorney Megan E. Farrell from this point forward will be added as counsel in the above-captioned matter.

        All future correspondence to the United States in the above-captioned matter should be sent to:

> Assistant U.S. Attorney Megan E. Farrell
> United States Attorney's Office (Criminal Division)
> 610 Federal Plaza
> Central Islip, New York 11722
> Tel:  (631) 715-7862
> Email: Megan E. Farrell@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Megan E. Farrell at the email address set forth above.

Dated:   Central Islip, New York
        May 23, 2022

                                    Respectfully submitted,

                                    BREON PEACE
                                    United States Attorney

                        By:    /s/ Megan E. Farrell
                                    Megan E. Farrell
                                    Assistant U.S. Attorney

cc:   Clerk of the Court (GRB)